**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerome Franklin, Jr.,<br><br>      Petitioner,<br>vs.<br><br>Charles L. Ryan, et al.,<br><br>      Respondents. | No. CV-09-1339-PHX-PGR<br><br>ORDER |

The Court having already ruled in its order (doc. #14) accepting the Report and Recommendation that no certificate of appealability should issue in this action filed pursuant to 28 U.S.C. § 2254,

IT IS ORDERED that the petitioner's Request for Issuance of Certificate of Appealability (doc. #17) is denied.

DATED this 4th day of January, 2010.

Paul G. Rosenblatt
United States District Judge